ALTON G. SADLER v. ALICE McCRAW SADLER.

APPEAL by defendant from *Hatch, Special Judge,* June Civil Term, 1950, of ORANGE.

Motion of plaintiff appellee to dismiss the appeal.

JOHNSON, J., for the Court. Motion allowed. Leave granted to appellant to move to reinstate appeal upon completion of record. December 13, 1950.

ARLINE McBRIDE DAVIS v. EUGENE G. SHAW, COMMISSIONER OF REVENUE, AND JOHN E. WALTERS, AS SHERIFF OF GUILFORD COUNTY.

APPEAL by plaintiff from *Patton, Special Judge,* 30 October, 1950, Civil Term of GUILFORD (High Point Division).

Motion of defendants, appellees, Eugene G. Shaw, Commissioner of Revenue, and John E. Walters, as Sheriff of Guilford County, to be allowed to withdraw demurrer, to have case remanded, and to file answer to complaint in the case of *Davis v. Shaw.*

ERVIN, J., for the Court. Upon motion of the defendants, this action is remanded to the Superior Court of Guilford County for remand to the Municipal Court of the City of High Point, where the defendants are to withdraw their demurrer, file an answer, and stay sales of property under execution until trial is had on merits. Costs of appeal are hereby taxed against the defendants. December 13, 1950.